UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                  :

JEAN CARLOS RESTITUYO SANCHEZ,        :

                        Plaintiff,        :        25-CV-175 (JMF)

          -v-        :        ORDER

JEMKAY CONSTRUCTION CORP, et al.,        :

                      Defendants.        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        As discussed on the record at the teleconference held earlier today:

- This action is hereby STAYED pending a ruling by the court that appointed the receiver. *See* ECF No. 23. Plaintiff shall seek leave expeditiously and note in his leave application that this federal action is pending and that the undersigned requests a ruling on an expedited basis.

- Beginning on **August 1, 2025**, the parties shall file a joint letter on the first of every month providing the Court with status updates on Plaintiff's leave application. The parties shall alert the Court as soon as the appointing court has issued a ruling on the application.

The Clerk of Court is directed to place this case on the suspense calendar.

        SO ORDERED.

Dated: June 12, 2025
       New York, New York

                                                          _____
                                                               JESSE M. FURMAN
                                                           United States District Judge