UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JEAN CARLOS RESTITUYO SANCHEZ, :
:
Plaintiff, :
: 25-CV-175 (JMF)
-v- :
: ORDER
JEMKAY CONSTRUCTION CORP. et al., :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's June 13, 2025 Order, ECF No. 24, the parties were required to file a joint letter, the contents of which are described therein, on the first of every month. To date, the parties have not filed a status report this month. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **November 10, 2025**. Failure to file the joint letter by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

      SO ORDERED.

Dated: November 5, 2025
       New York, New York
                                            JESSE M. FURMAN
                                         United States District Judge