UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                          :

JEAN CARLOS RESTITUYO SANCHEZ,       :

                          :

          Plaintiff,         :

                          :        25-CV-175 (JMF)

     -v-                     :

                          :         ORDER

JEMKAY CONSTRUCTION CORP. et al.,    :

                          :

         Defendants.       :

                          :

-------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's June 13, 2025 Order, ECF No. 24, the parties were required to file a joint letter, the contents of which are described therein, on the first of every month.  To date, the parties have not filed a status report this month.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **February 12, 2026**.  Failure to file the joint letter by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.  In the future, after this next status report is filed, the parties are hereby ORDERED to file the joint letter, **on the first of every other month.**

        SO ORDERED.

Dated: February 5, 2026
      New York, New York                            
                                     JESSE M. FURMAN
                                 United States District Judge