**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JEAN CARLOS RESTITUYO SANCHEZ,


                          Plaintiff,

                                                            **25-cv-00175 (JMF)**

          -against-

                                                            **JUDGMENT (PROPOSED)**

JEMKAY CONSTRUCTION CORP., EK REALTY
LLC, and JACOB EISENSTEIN,


                          Defendants.
-------------------------------------------------------------X

A Notice of Acceptance of a Rule 68 Offer of Judgment having been filed by Plaintiff

JEAN CARLOS RESTITUYO SANCHEZ ("Plaintiff") on June 16, 2026, accepting the June 16,

2026, Offer of Judgment from Defendants JEMKAY CONSTRUCTION CORP., EK REALTY

LLC, and JACOB EISENSTEIN (together, "Defendants") to allow judgment to be taken against

Defendants by Plaintiff in the above-captioned action in the total sum of Thirty Thousand Dollars

and No Cents ($30,000.00), inclusive of all damages, interest, penalties, attorneys' fees, costs, and

expenses, accrued through the date of this offer in final and full settlement of Plaintiff's claims,

relief, and causes of action against Defendants arising out, alleged in, or related to, the facts and

transactions asserted in Plaintiff's Complaint, including without limitation, Fair Labor Standards

Act, 29 U.S.C. 201 *et seq*., and all Counts of the Complaint, inclusive of all damages, interest,

costs, attorneys' fees, and expenses, it is

**ORDERED and ADJUDGED** that judgment is entered in favor of Plaintiff JEAN

CARLOS RESTITUYO SANCHEZ and against JEMKAY CONSTRUCTION CORP., EK

REALTY LLC, and JACOB EISENSTEIN, with respect to Plaintiff's claims, relief, and causes of

action against Defendants arising out of, alleged in, or related to, the facts and transactions asserted

1

in Plaintiff's Complaint, including without limitation, Fair Labor Standards Act, 29 U.S.C. 201 *et seq*., and Counts of the Complaint, in the total amount of $30,000.00, inclusive of all damages, interest, costs, attorneys' fees, and expenses; and that this case is closed and disposed with prejudice against Defendants.

If, and only if, any amounts remain unpaid after 14 days after entry of judgment, interest shall accrue pursuant to 28 U.S.C. 1961.

Any pending motions are moot.  All conferences are vacated.  The Clerk of Court is directed to close the case.

Judgment signed this ___17___ day of ___June___ 2026.

Hon. Jesse M. Furman, U.S.D. J.

2